# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD J. SILVERBERG | : | |
| | : | |
| Plaintiff/Appellant | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DUPONT DE NEMOURS, INC. | : | NO.   24-924 |
| -and- | : | |
| DOW, INC. | : | |
| -and- | : | |
| CORTEVA, INC. | : | |
| -and- | : | |
| INTERNATIONAL FLAVORS AND | : | |
|   FRAGRANCES, INC. | : | |
| -and- | : | |
| AVANTOR, INC. | : | |
| -and- | : | |
| LIBERTY MUTUAL GROUP, INC. | : | |
| -and- | : | |
| THE VANGUARD GROUP, INC. | : | |
| -and- | : | |
| WILLIAM PENN FOUNDATION | : | |
| -and- | : | |
| CITY OF PHILADELPHIA | : | |
| -and- | : | |
| BALLARD SPAHR LLP | : | |
| -and- | : | |
| GELLERT SCALI BUSENKELL | : | |
|   & BROWN LLC | : | |
| -and- | : | |
| OFFICE OF DISCIPLINARY COUNSEL | : | : |
| -and- | : | |
| EDWARD BREEN | : | |
| -and- | : | |
| ANDREW LIVERIS | : | |
| -and- | : | |
| RAJIV GUPTA | : | |
| -and- | : | |
| ANDREAS FIBIG | : | |
| -and- | : | |

| | |
|---|---|
| DAVID H. LONG | : |
| -and- | : |
| TIMOTHY BUCKLEY | : |
| -and- | : |
| JANET HAAS, M.D. | : |
| -and- | : |
| JAMES KENNEY | : |
| -and- | : |
| MARCEL S. PRATT, ESQUIRE | : |
| -and- | : |
| DIANA CORTES, ESQUIRE | : |
| -and- | : |
| MARISSA O'CONNELL, ESQUIRE | : |
| -and- | : |
| BRIAN R. CULLIN, ESQUIRE | : |
| -and- | : |
| GARY F. SEITZ, ESQUIRE | : |
| -and- | : |
| THOMAS J. FARRELL, ESQUIRE | : |
| -and- | : |
| RICHARD HERNANDEZ, ESQUIRE | : |
| -and- | : |
| JOSHUA ROBERTS | : |
| -and- | : |
| DANIEL ANDERS | : |
| -and- | : |
| JOHN DOE NOS. 1-15 | : |
| | : |
| Defendants | : |

## NOTICE OF APPEAL[1]

Notice is hereby given that plaintiff/appellant, Richard J. Silverberg, appeals to the United States Court of Appeals for the Third Circuit from the following Order:

1. Memorandum and Order of April 2, 2024 (ECF Nos. 24, 25) denying

---

[1] On April 2, 2024, this case was consolidated with the matter of *Silverberg v. DuPont, et. al.*, No. 23-1868 (E.D. Pa. 2023).

plaintiff/appellant's Motion for Temporary Restraining Order and Preliminary Injunction.

Respectfully Submitted,

**RICHARD J. SILVERBERG**

BY: <u>/s/ Richard J. Silverberg</u>
    **RICHARD J. SILVERBERG**
    I.D. No. 48329
    P.O. Box 30433
    Philadelphia, PA 19103
    215-563-6369
    rjs@rjsilverberg.com
    Attorney for Plaintiff/Appellant

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2024, a copy of Plaintiff/Appellant's Notice of Appeal was served upon all counsel of record via the district court's electronic filing system.

                                                              By:  /s/ Richard J. Silverberg
                                                                    RICHARD J. SILVERBERG

April 25, 2024
Date