IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD J. SILVERBERG : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 24-924 |
| DUPONT DE NEMOURS INC. *ET AL.* : | |

**ORDER**

**AND NOW**, this  31st  day of March, 2025, upon consideration of the Motions to Dismiss Plaintiff's Amended Complaint filed by Defendants the Hon. Joshua H. Roberts, the Hon. Daniel J. Anders, the Office of Disciplinary Counsel, Thomas J. Farrell, Esquire, and Richard Hernandez, Esquire **(ECF No. 66)**; Janet Haas, M.D. and William Penn Foundation **(ECF No. 67)**; Dow, Inc. **(ECF No. 68)**; Avantor, Inc. and Rajiv Gupta **(ECF No. 69)**; Ballard Spahr LLP and Marcel S. Pratt, Esquire **(ECF No. 70)**; Corteva, Inc. **(ECF No. 71)**; DuPont de Nemours, Inc. and Edward Breen **(ECF No. 72)**; International Flavors and Fragrances, Inc. and Andreas Fibig **(ECF No. 73)**; Gellert Scali Busenkell & Brown LLC and Gary F. Seitz, Esquire **(ECF No. 74)**; Liberty Mutual Group, Inc. and David Long **(ECF No. 75)**; The Vanguard Group, Inc. and Timothy Buckley **(ECF No. 76)**; the City of Philadelphia, James Kenney, Diana Cortes, Esquire, Marissa O'Connell, Esquire, and Brian R. Cullin, Esquire **(ECF No. 78)**; and Andrew Liveris **(ECF No. 81)**, and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions to Dismiss are **GRANTED**, and Plaintiff's Amended Complaint **(ECF No. 64)** and all claims asserted therein are **DISMISSED WITH PREJUDICE**.  The Court's Memorandum in support of this Order will be issued separately.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Partial Summary Judgment Addressed to Defendants, Office of Disciplinary Counsel; Thomas J. Farrell, Esquire; Richard Hernandez, Esquire; Hon. Joshua Roberts; and Hon. Daniel Anders **(ECF No. 96)** and Plaintiff's Motion for Summary Judgment Addressed to Defendants, City of Philadelphia; James Kenney;

Marcel S. Pratt, Esquire; Diana Cortes, Esquire; Marissa O'Connell, Esquire; Brian R. Cullin, Esquire; The Vanguard Group, Inc.; Gellert Scali Busenkell & Brown LLC; and Gary F. Seitz, Esquire **(ECF No. 97)** are **DISMISSED** *as moot.*

    **IT IS SO ORDERED**.

                                          **BY THE COURT:**

                                         */s/ R. Barclay Surrick*
                                         **R. BARCLAY SURRICK, J.**