# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD J. SILVERBERG | : | |
| | : | |
| Plaintiff/Appellant | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DUPONT DE NEMOURS, INC. | : | NO.   24-924 |
| -and- | : | |
| DOW, INC. | : | |
| -and- | : | |
| CORTEVA, INC. | : | |
| -and- | : | |
| INTERNATIONAL FLAVORS AND FRAGRANCES, INC. | : | |
| -and- | : | |
| AVANTOR, INC. | : | |
| -and- | : | |
| LIBERTY MUTUAL GROUP, INC. | : | |
| -and- | : | |
| THE VANGUARD GROUP, INC. | : | |
| -and- | : | |
| WILLIAM PENN FOUNDATION | : | |
| -and- | : | |
| CITY OF PHILADELPHIA | : | |
| -and- | : | |
| BALLARD SPAHR LLP | : | |
| -and- | : | |
| GELLERT SCALI BUSENKELL & BROWN LLC | : | |
| -and- | : | |
| OFFICE OF DISCIPLINARY COUNSEL | : | : |
| -and- | : | |
| EDWARD BREEN | : | |
| -and- | : | |
| ANDREW LIVERIS | : | |
| -and- | : | |
| RAJIV GUPTA | : | |
| -and- | : | |
| ANDREAS FIBIG | : | |
| -and- | : | |

| | |
|---|---|
| DAVID H. LONG | : |
| -and- | : |
| TIMOTHY BUCKLEY | : |
| -and- | : |
| JANET HAAS, M.D. | : |
| -and- | : |
| JAMES KENNEY | : |
| -and- | : |
| MARCEL S. PRATT, ESQUIRE | : |
| -and- | : |
| DIANA CORTES, ESQUIRE | : |
| -and- | : |
| MARISSA O'CONNELL, ESQUIRE | : |
| -and- | : |
| BRIAN R. CULLIN, ESQUIRE | : |
| -and- | : |
| GARY F. SEITZ, ESQUIRE | : |
| -and- | : |
| THOMAS J. FARRELL, ESQUIRE | : |
| -and- | : |
| RICHARD HERNANDEZ, ESQUIRE | : |
| -and- | : |
| JOSHUA ROBERTS | : |
| -and- | : |
| DANIEL ANDERS | : |
| -and- | : |
| JOHN DOE NOS. 1-15 | : |
| | : |
| Defendants | : |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff/appellant, Richard J. Silverberg, appeals to the United States Court of Appeals for the Third Circuit from the Order of March 31, 2025 (ECF No. 118) granting Defendants' Motions to Dismiss the Amended Complaint, Denying Plaintiff's Motion for Partial Summary Judgment (ECF No. 96), and Denying Plaintiff's Motion for

2

Summary Judgment (ECF No. 97).[1]

                        Respectfully Submitted,

                        **RICHARD J. SILVERBERG**

            BY: /s/ Richard J. Silverberg
                   **RICHARD J. SILVERBERG**
                   I.D. No. 48329
                   P.O. Box 30433
                   Philadelphia, PA 19103
                   215-563-6369
                   rjs@rjsilverberg.com
                   Attorney for Plaintiff/Appellant

---

[1] The Order of March 31, 2025 states, "The Court's Memorandum in support of this Order will be issued separately." As of the date of this Notice of Appeal, no Memorandum has been issued.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2025, a copy of Plaintiff/Appellant's Notice of Appeal was served upon all counsel of record via the district court's electronic filing system.

                                   By: /s/ Richard J. Silverberg
                                           RICHARD J. SILVERBERG

April 2, 2025
Date